UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0516 AG (MLGx) | Date | June 11, 2009 |
|---|---|---|---|
| Title | PERSONAL COMMUNICATIONS DEVICES, LLC v. PLATINUM CARGO LOGISTICS, INC., *et al*. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff Personal Communications Devices ("Plaintiff") sued defendants Platinum Cargo Logistics, Inc., Thuong Truong, and Lai Dang ("Defendants") under this Court's diversity jurisdiction. But Plaintiff fails to allege the citizenship of Defendants Thuong Truong and Lai Dang. The usual requirement in diversity cases is that all plaintiffs be of different citizenship than all defendants. William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe, FEDERAL CIVIL PROCEDURE BEFORE TRIAL 2:332 (Rutter Group 2009). Generally, any instance of common citizenship prevents federal diversity jurisdiction. *Id*.

Because Plaintiff fails to allege the citizenship of two Defendants, it is impossible for the Court to tell whether complete diversity exists. Plaintiff has not properly alleged diversity jurisdiction.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-0516 AG (MLGx) | Date | June 11, 2009 |
|---|---|---|---|
| Title | PERSONAL COMMUNICATIONS DEVICES, LLC v. PLATINUM CARGO LOGISTICS, INC., *et al.* | | |

The Court will dismiss this case for lack of subject matter jurisdiction unless within 10 days from this Order, Plaintiff either files a brief showing why this case should not be dismissed for lack of subject matter jurisdiction or files an amended complaint that properly alleges subject matter jurisdiction.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |