O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PERSONAL COMMUNICATIONS DEVICES, | ) ) | Case No. SACV 09-00516 DDP (ANx) |
| Plaintiff, | ) ) ) | **ORDER EXTENDING DISCOVERY CUT-OFF DATE** |
| v. | ) ) | |
| PLATINUM CARGO LOGISTICS, INC., | ) ) ) | [Motion filed on 9/19/11] |
| Defendant. | ) ) | |

Presently before the court is Plaintiff's Ex Parte Application to Extend Discovery Cut-off Date. The court has considered the briefs of the parties in connection therewith. Good cause being shown, the application is GRANTED. The following dates are hereby continued:

///
///
///

```
1        DISCOVERY CUT-OFF November 22, 2011.
2        LAST DAY TO FILE MOTIONS December 22, 2011
3        FINAL PRE TRIAL CONFERENCE March 5, 2012 at 11:00 a.m.
4        4 DAY JURY TRIAL March 13, 2012 at 9:00 a.m.
5
6        No further continuances shall be granted.
7
8
9   IT IS SO ORDERED.
10
11
12  Dated: September 28, 2011
                                         DEAN D. PREGERSON
13                                       United States District Judge
```